IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MATTHEW J. TRAYLOR,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D13-6149

v.

VICTORIA O. TRAYLOR,
FORMER WIFE,

     Appellee.

_____/

Opinion filed September 17, 2014.

An appeal from the Circuit Court for Bradford County.
Phyllis M. Rosier, Judge.

Matthew J. Traylor, pro se, for Appellant.

Justin D. Jacobson, Gainesville, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.